IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-04-01 |
| | § | CIVIL ACTION NO. G-06-459 |
| CHRISTOPHER RODRIGUEZ | § | |

## ORDER OF DISMISSAL

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion in Support of 28 U.S.C. §2255 to Vacate, Remand or Resentence" (Instrument no. 80) of Christopher Rodriguez is **SUMMARILY DENIED.**

**THIS IS A FINAL APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 28th day of August, 2006.

_____
Samuel B. Kent
United States District Judge